# ORIGINAL

1 | tdicksoninf

**FILED**

DISTRICT COURT OF GUAM

AUG - 2 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | GREGG PARKER
Special Assistant U.S. Attorney
4 | Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5 | Hagåtña, Guam 96910
PHONE: 472-7332
6 | FAX: 472-7334

7 | Attorneys for the United States of America

8
9 | IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

10

11 | UNITED STATES OF AMERICA, ) MAGISTRATE CASE NO. **06 - 00 0 08**
)
12 |           Plaintiff, ) **INFORMATION**
)
13 | )
   vs. ) **DRIVING UNDER THE INFLUENCE OF**
14 | ) **ALCOHOL (BAC)**
) [16 GCA 180102(b) and 18 USC §§ 7(3) and 13]
15 | )
TYLER E. DICKSON ) **DRIVING UNDER THE INFLUENCE OF**
16 | ) **ALCOHOL**
         Defendant. ) [16 GCA 180102(a) and 18 USC §§ 7(3) and 13]
17 | )

18 | THE UNITED STATES ATTORNEY CHARGES:
19
20 |      **COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**

21 |     On or about 11 June 2006, in the District of Guam, the defendant, **TYLER E.**

22 | **DICKSON**, at Naval Base Guam, on land acquired for the use of the United States and under the

23 | concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while

24 | he had .08% or more, by weight, of alcohol in his blood, in violation of 16 Guam Code

25

26 | Annotated, Section 18102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title 18,

27 | United States Code, Sections 7(3) and 13.

28

## COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL

On or about 11 June 2006, in the District of Guam, the defendant, **TYLER E. DICKSON**, at Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

DATED this 1st day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _as WILLIAM_ _____
GREGG PARKER
Special Assistant U.S. Attorney