**Criminal Case Cover Sheet**     U.S. District Court

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **06-00008**
Same Defendant _____  New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__  Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Tyler E. Dickson_____

Alias Name _____

Address _____

_____Santa Rita, Guam_____

Birthdate xx/xx/1983  SS# xxx-xx-8215  Sex __M__  Race ____  Nationality ____

**U.S. Attorney Information:**
SAUSA ~~Gregg~~ WILLIAM Parker

Interpreter: __X__ No ____ Yes  List language and/or dialect: _____

**RECEIVED**
**AUG - 2 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty  __X__ Misdemeanor  ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 GCA 180102(b) and 18 USC 7(3) & 13 | Driving Under the Influence of Alcohol (BAC) | 1 |
| Set 2 | 16 GCA 190802(a) and 18 USC 7(3) & 13 | Driving Under the Influence of Alcohol | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 8/2/06   Signature of AUSA: _____