ORIGINAL

tdicksonmot

LEONARDO M. RAPADAS
United States Attorney
GREGG PARKER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00008 |
| Plaintiff. | ) |
| vs. | ) **UNITED STATES' REQUEST** |
| | ) **FOR ISSUANCE OF SUMMONS** |
| TYLER E. DICKSON | ) |
| Defendant. | ) |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, TYLER E. DICKSON, based on an Information filed charging the defendant with two counts of Driving Under the Influence of Alcohol in violation to Title 16, Guam Code Annotated, Sections 180102(a) and (b) and Title 18, United States Code, Sections 7(3) and 13.

Respectfully submitted this 2nd day of August 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/_
& WILLIAM GREGG PARKER
Special Assistant U.S. Attorney