PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Robert I. Carreon, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM
AUG 11 2006
~~MARY L.M.~~ MORAN
CLERK OF COURT

[X] **Original Notice**        [ ] **Notice of Disposition**

Date: **August 8, 2006**              Date: _____

By: **Joaquin V.E. Manibusan, Jr.**    By: _____
    **U.S. Magistrate Judge**

---

Defendant: **DICKSON, Tyler Elliot**        Case Number: **USDC MJ CS. NO. 06-00008-001**

Date of Birth: **XX-XX-1983**              Place of Birth: **Columbus, Ohio - USA**

SSN: **XXX-XX-8215**

---

**NOTICE OF COURT ORDER** (Order Date: **August 8, 2006**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

---

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
 [ ] Not Convicted - Document returned to defendant.
 [ ] Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
 [ ] Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)

**ORIGINAL**