JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
TYLER DICKSON

FILED
DISTRICT COURT OF GUAM
SEP 28 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MG-06-00008 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE JURY |
| | ) | SELECTION AND TRIAL |
| vs. | ) | |
| | ) | |
| TYLER DICKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION TO CONTINUE JURY SELECTION AND TRIAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the jury selection and trial currently scheduled for October 4, 2006, be rescheduled to a date

approximately one (1) month thereafter to be selected by the court. The parties make this request

on the basis that plea negotiations have been concluded and an agreement will be filed with the court

**ORIGINAL**

at the earliest possible convenience. The parties further agree that any period of delay resulting from this stipulation shall be excluded under the provisions of the Speedy Trial Act (18 U.S.C. 3161(h)(8)(A)), as the ends of justice are served by the requested continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, September 28, 2006.


RICHARD P. ARENS
Attorney for Defendant
TYLER DICKSON


GREGG PARKER
Attorney for Plaintiff
UNITED STATES OF AMERICA