LEONARDO M. RAPADAS
United States Attorney
WILLIAM G. PARKER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TYLER E. DICKSON, <br><br> Defendant. | MAGISTRATE NO. 06-00008 <br><br> **O R D E R** <br><br> **Granting Motion to Dismiss** |

Upon motion of the United States,

IT IS HEREBY ORDERED that the information in the above case against defendant, TYLER E. DICKSON, be dismissed without prejudice.

Dated this 17th day of October 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL