PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Robert I. Carreon, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[ ] **Original Notice**   [X] **Notice of Disposition**

Date: **August 8, 2006**          Date: **October 17, 2006**
By: **Joaquin V.E. Manibusan, Jr.**   By: **Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**          **U.S. Magistrate Judge**

---

Defendant: **DICKSON, Tyler Elliot**   Case Number: **USDC MJ CS. NO. 06-00008-001**
Date of Birth: **XX-XX-1983**          Place of Birth: **Columbus, Ohio - US**
SSN: **XXX-XX-8215**

**FILED**
**DISTRICT COURT OF GUAM**
**NOV 22 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

**NOTICE OF COURT ORDER** (Order Date: **August 8, 2006**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

---

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[X] Defendant not convicted. (**CASE DISMISSED ON OCTOBER 17, 2006**)

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
 [X] Not Convicted - Document returned to defendant.
 [ ] Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
 [ ] Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)

**ORIGINAL**

Case 1:06-mj-00008   Document 15   Filed 11/22/2006   Page 1 of 1